Exhibit A

30

1    without such fee.

2              Okay.  So we're done with all that.  What your

3    attorney said is correct.  I was a state court judge, and this

4    criminal history with this charge would be a three-year

5    mandatory minimum for actual possession of a firearm.  And the

6    way prosecutors in state court get around the mandatory minimum

7    is by charging constructive possession of a firearm because for

8    the mandatory minimum to apply it has to be actual possession.

9              And I will tell you -- and I have not done this before

10   and I hope I'm not going to do this again -- if I didn't have

11   the mandatory minimum, I would sentence you to 36 months today.

12             So what I'm telling you is, you should pursue your

13   appeals because you're appealing the finding on probable cause

14   for the stop and you're also appealing whether or not the

15   predicate offenses properly constituted the predicate offenses

16   for the ACCA determination.  So take it to the appellate court

17   to decide that.

18             But I will tell you this:  You would be wise to file a

19   motion for compassionate release after 36 months, because

20   that's going to come to me, and I've already told you that this

21   sentence is entirely too long.

22             (WHEREUPON, this matter was concluded at 10:20 a.m.)
                        *        *        *
23                   **CERTIFICATE OF REPORTER**
     I certify that the foregoing is a correct transcript of the
24   record of proceedings in the above-titled matter.
     s/Suzanne L. Trimble                              1/23/25
25   Suzanne L. Trimble, RPR, WACCR, CRR               Date
     U.S. Official Court Reporter