Antoine R. Johnson
FCC Coleman Low
P.O. Box 1031
Coleman, FL. 33521

TAMPA FL 335
SAINT PETERSBURG FL
5 FEB 2026   PM 3   L

"Honorable Judge Mendoza"

United States District Court
Office of the Clerk
U.S. Courthouse
401. W. Central Blvd. Suite 1200
Orlando, FL. 32801-0120

Legal Mail

32801-045525

Placed in the prison mail system on February 2, 2026, building A3

Legal Mail